**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**SOUTHERN DIVISION**

_____

| | | |
|---|---|---|
| **KRISTIN WHITSON**, | ) | |
| | ) | **No. 1:16-cv-09** |
| Plaintiff, | ) | |
| | ) | **District Judge Travis J. McDonough** |
| v. | ) | |
| | ) | **Magistrate Judge Christopher H. Steger** |
| **THE UNIVERSITY OF TENNESSEE,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

_____

### STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE

_____

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and based on the

stipulation of all parties to this action, the Plaintiff Kristin Whitson hereby dismisses all claims in

this action with prejudice, with each party to bear her or its own costs and attorney's fees.

Respectfully submitted this 12th day of October, 2017.

*s/ Donna J. Mikel*
Donna J. Mikel (TN Bar No. 020777)
Robert W. Wheeler (TN Bar No. 034485)
Attorneys for Plaintiff
711 Cherry Street
Chattanooga, TN 37402
Phone:  423-266-2121
Fax:  423-266-3324
Email:  dmikel@bdplawfirm.com
        rwheeler@bdplawfirm.com

*s/ Frank H. Lancaster*
Brian A. Lapps, Jr. (TN Bar No. 016185)
Deputy General Counsel
Frank H. Lancaster, (TN Bar No. 030650)
Associate General Counsel
Attorneys for Defendant
719 Andy Holt Tower
Knoxville, TN 37996-0170
(865) 974-3245
Email:  blapps@tennessee.edu
        flancast@tennessee.edu